STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

FRANK LAFAZIO

VS.

CA NO: 05- 774

CEDAR CREST NURSING CENTRE, INC., ALIAS and/or JOHNSONDIVERSEY, INC., ALIAS and/or BEACON MUTUAL INSURANCE COMPANY, ALIAS and/or DOE CORPORATIONS I through X and/or JOHN DOE and/or JANE DOE I through X, ALIAS individually and as agents of Doe Corporations I through X and/or Cedar Crest Nursing Centre and/or JohnsonDiversey, Inc. and/or Beacon Insurance Company, Alias

# COMPLAINT

## PARTIES

1. Plaintiff, Frank Lafazio, is a resident of the City of Cranston, County of Providence, State of Rhode Island.

2. Defendant, Cedar Crest Nursing Centre, Inc., Alias is upon information and belief a corporation organized and existing in the State of Rhode Island and operating pursuant to Rhode Island Law.

3. Defendant, JohnsonDiversey, Inc., Alias is upon information and belief a foreign corporation authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law.

4. Defendant, Beacon Mutual Insurance Company, is upon information and belief a casualty insurer organized and existing in the State of Rhode Island and operating pursuant to Rhode Island Law.

5. Defendants, Doe Corporations I through X whose identities are presently unknown, but expected to be revealed through discovery are upon information and belief, corporations and/or business entities with sufficient minimum contacts with the State of Rhode Island to establish an assertion of jurisdiction.

6. Defendants, John Doe and/or Jane Doe I through X, Alias whose identities are presently unknown, but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to establish an assertion of jurisdiction and are being sued individually and as agents of Cedar Crest Nursing

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 FEB 16 A 9:21

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Centre, Inc. and/or JohnsonDiversey, Inc. and/or Beacon Mutual Insurance Company and/or Doe Corporations I through X.

COUNT I

7. Plaintiff reasserts paragraphs one through six of his complaint as if fully set forth herein.

8. At all times material to this action, the Defendant(s) was/were engaged in the machinery business of designing, manufacturing, distributing and instructing the proper use of business equipment and placed it into the stream of commerce the machinery and/or equipment, which in the chain of sale and/or lease and/or use and/or ultimately came to the Defendant, Cedar Crest Nursing Centre, Inc., Alias.

9. The Defendant(s) at the time of the sale and/or lease and/or instructions of use and at all times relevant to this cause of action, expressly and/or impliedly warranted to Plaintiff that the machinery and/or equipment was merchantable and fit for the particular purpose for which it was intended.

10. At the time of the injuries described in this complaint, Plaintiff was operating the machinery and/or equipment in the normal and intended manner as instructed by Defendants for purposes ordinary to the use of the machinery and/or equipment.

11. Plaintiff was a member of that class of persons entitled to rely upon the implied warranties imposed by law upon the defendants.

12. The Defendant(s) breached those expressed and/or implied warranties in that the dishwasher at the time of the sale was, and at all times material to this action, was defective.

13. As a result of Defendant(s)' breach of warranties and the resulting occurrences referred to above, the Plaintiff suffered injuries incurring medical bills, pain and suffering and lost wages and/or lost earning capacity in amounts sufficient to establish the jurisdiction of the Superior Court.

WHEREFORE, Plaintiff demands judgment against Defendants plus interest, costs and attorneys fees.

COUNT II

14. Plaintiff reasserts paragraphs seven through thirteen of his complaint as if fully set forth herein.

15. The Defendants(s) at all times mentioned in this complaint negligently allowed said machinery and/or equipment to remain in a negligent condition.

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

16. As a result of Defendant(s) negligence, the Plaintiff suffered injuries incurring medical bills, pain and suffering and lost wages and/or lost earning capacity in amounts sufficient to establish the jurisdiction of the Superior Court.

WHEREFORE, Plaintiff demands judgment against Defendants plus interest, costs and attorneys fees.

COUNT III

17. Plaintiff reasserts paragraphs thirteen through fifteen of his complaint as if fully set forth herein.

18. The Defendants(s) at all times mentioned in this complaint negligently operated and/or negligently permit said machinery and/or equipment to be operated or used by Plaintiff and/or failed to warn Plaintiff of negligent condition.

19. As a result of Defendant(s) negligence, the Plaintiff suffered injuries incurring medical bills, pain and suffering and lost wages and/or lost earning capacity in amounts sufficient to establish the jurisdiction of the Superior Court.

WHEREFORE, Plaintiff demands judgment against Defendants plus interest, costs and attorneys fees.

COUNT IV

20. Plaintiff reasserts paragraphs seventeen through nineteen of his complaint as if fully set forth herein.

21. The Defendants(s) at all times mentioned in this complaint failed to inspect, repair and/or maintain its premises and/or effects free from defect and/or dangerous condition causing the Plaintiff to suffer injuries incurring medical bills, pain and suffering and lost wages and/or lost earning capacity in amounts sufficient to establish the jurisdiction of the Superior Court.

WHEREFORE, the Plaintiff demands judgment against Defendants, plus interest, costs, and all other relief this Honorable Court deems just and proper.

FRANK LAFAZIA,
By Counsel,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq.#4651
915-917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**PLAINTIFF DEMANDS JURY TRIAL**