STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

CA 06 491 ML

FRANK LAFAZIO :

vs. :

CEDAR CREST NURSING CENTRE, INC., :
ALIAS and/or JOHNSON DIVERSITY, INC.,:
ALIAS and/or ECOLAB, INC., ALIAS and/or:
DOE CORPORATIONS II through X and/or :
JOHN DOE and/or JANE DOE I through X :

C.A. No. PC 05-0774

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. § 1441, that Defendant Ecolab Inc. has this day filed its Notice of Removal, a true and correct copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the District of Rhode Island. You are also advised that Defendant Ecolab Inc., upon the filing of its Notice of Removal, filed the original of this Notice of Filing Notice of Removal, together with the referenced attachment, with the Clerk of this Court to effect the removal in accordance with 28 U.S.C. § 1441.

DATED: November 14, 2006.

Respectfully Submitted,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
Tel. (401) 861-5522
Fax (401) 331-4861

**Attorneys for Defendant Ecolab Inc.**

and

Richard G. Morgan (admitted *pro hac vice*)
Ryan L. Nilsen (admitted *pro hac vice*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682
Fax: (612) 672-3200

**Pro Hac Vice Counsel for Ecolab Inc.**

## CERTIFICATE OF SERVICE

I, John M. Boland, hereby certify that a true copy of the foregoing document was served by U.S. Mail, postage prepaid, on November 14, 2006, to Kara M. Fay, Esquire, Fay Law Associates, Inc., 917 Reservoir Avenue, Cranston, RI 02910 and Stephen B. Lang, Esquire, Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903.

John M. Boland, Esq.