UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANK LAFAZIO :

VS. : C.A. No. CA 06 491 ML

ECOLAB, INC. :

AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH
CLERK OF PROVIDENCE COUNTY SUPERIOR COURT

TO: United States District Court for District of Rhode Island

I, John M. Boland, attorney for defendant, Ecolab Inc., herein on oath depose and say that I have caused copies of the defendant's notice of removal of the above-captioned action to be filed with the Clerk of Providence County Superior Court in accordance with the provisions of Title 28, U.S.C. Section 1446(e) by hand delivering copies of said notice to the Clerk on November 14, 2006.

I further depose and say that I have written notice of the filing of said notice to all parties by mailing copies thereof by United States Mail together with notice of said filing to Kara M. Fay, Esquire, on November 14, 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED: November 14, 2006

John M. Boland, Esquire #2945
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861