UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANK LAFAZIA, JR.,

Court File No. 06-491 ML

Plaintiff,

vs.

ECOLAB INC.,

Defendant.

**ECOLAB INC.'S RULE 7.1 CORPORATE DISCLOSURE**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ecolab Inc. states that it is publicly traded, but it has no parent corporation, and no publicly-held corporation owns ten percent or more of Ecolab's stock.

Dated: December 5, 2006.

Respectfully Submitted,

/s/ John M. Boland

John M. Boland (# 2945)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
Tel. (401) 861-5522
Fax (401) 331-4861

**ATTORNEYS FOR ECOLAB INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Christopher E. Fay
Fay Law Associates Inc.
915-917 Reservoir Avenue
Cranston, RI 02910
944-9600
Fax: 942-7670
Email: ginnyb@faylaw.net
***Attorneys for Plaintiff Frank LaFazia, Jr.***

/s/ John M. Boland
John M. Boland