UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANK LAFAZIA, JR.,

Plaintiff,

Court File No. 06-491 ML

vs.

ECOLAB INC.,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Ecolab Inc. hereby moves that Ryan L. Nilsen be admitted *pro hac vice* in the above case with local counsel identified below.

Dated: December 5, 2006.

Respectfully Submitted,

/s/ John M. Boland

John M. Boland (R.I. Bar ID # 2945)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903
Tel. (401) 861-5522
Fax (401) 331-4861

**ATTORNEYS FOR ECOLAB INC.**

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Minnesota and of the United States District Court for the District of Minnesota, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in L.R. Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

*Pro Hac Vice* Applicant

Dated: December 5, 2006

/s/ Ryan L. Nilsen
Ryan L. Nilsen (MN ID # 304086)
Ryan.Nilsen@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
Tel. (612) 339-8682
Fax: (612) 672-3200

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of L.R. Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Dated: December 5, 2006.

Respectfully Submitted,

/s/ John M. Boland
John M. Boland (R.I. Bar ID # 2945)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903
Tel. (401) 861-5522
Fax (401) 331-4861

**ATTORNEYS FOR ECOLAB INC.**

---

**ORDER**

This motion is hereby ______________________.

Date:______________________

______________________________
Unites States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Christopher E. Fay
Fay Law Associates Inc.
915-917 Reservoir Avenue
Cranston, RI 02910
944-9600
Fax: 942-7670
Email: ginnyb@faylaw.net
***Attorneys for Plaintiff Frank LaFazia, Jr.***

/s/ John M. Boland
John M. Boland