UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANK LAFAZIO | : | |
| VS. | : | C.A. No. 06-491ML |
| ECOLAB, INC. | : | |

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned counsel of record pursuant to Fed.R.Civ.P.41 that this action together with any and all claims and causes of action which were or which could have been asserted herein, may be dismissed with prejudice on the merits without further cost to any party.

/s/ Christopher E. Fay
Fay Law Associates, Inc.
915-917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600
FAX: (401) 942-7670
Email: ginnyb@faylaw.net

/s/ John M. Boland
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
Email: jboland@conversent.net

/s/ Ryan L. Nilsen
Bowman and Brooke LLP
150 So. Fifth Street, Suite 9600
Minneapolis, MN 55402
(612) 339-8682
Fax: (612) 672-3200
Email Ryan.nilsen@bowmanandbrooke.com

Dated 2-20-07